FORM 9A. Notice of Related Case Information                                Form 9A (p. 1)
                                                                            March 2023

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

**NOTICE OF RELATED CASE INFORMATION**

**Case Number** 2025-1031
**Short Case Caption** Lynk Labs, Inc. v. Home Depot U.S.A., Inc.
**Filing Party/Entity** Lynk Labs, Inc.

> **Instructions:** Do not duplicate information. The notice must only be filed at the time of filing the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. *See* Fed. Cir. R. 47.5(b). Attach additional pages as needed. This notice must not be included in a motion, petition, related response, or brief; please only include the Certificate of Interest (Form 9) in those documents.

1. **Related or prior cases.** Provide the case title, case number, and originating tribunal for each case. Fed. Cir. R. 47.5(b)(1).

   Lynk Labs, Inc. v. Home Depot U.S.A., Inc., No. 23-2185 (Originated from P.T.A.B.)

☐   Additional pages attached

**FORM 9A. Notice of Related Case Information**　　　　　　　　　　　　Form 9A (p. 2)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　March 2023

2. **Names of all parties involved in the cases listed above.** Do not duplicate the names of parties. Do not relist the case information. Fed. Cir. R. 47.5(b)(2)(A).

```
[blank text box]
```

☐　Additional pages attached

3. **Names of all law firms, partners, and associates in the cases listed above.** Do not duplicate the names of law firms, partners, and associates. Do not relist case information and party names. Fed. Cir. R. 47.5(b)(2)(B).

DLA Piper, Brian K. Erickson, Jennifer L. Nall, Nicholas G. Papastavros, Stanley J. Panikowski, Benjamin S. Mueller

Carmichael IP, James T. Carmichael, Minghui M. Yang, Stephen P. McBride, Stephen T. Schreiner

☐　Additional pages attached

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 10/21/2024　　　　　　　　　　Signature:　/s/ Jason A. Engel

　　　　　　　　　　　　　　　　　　Name:　　　Jason A. Engel