FORM 26. Docketing Statement                                    Form 26 (p. 1)
                                                                   July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## DOCKETING STATEMENT

**Case Number:** 2025-1031

**Short Case Caption:** Lynk Labs, Inc. v. Home Depot U.S.A., Inc.

**Filing Party/Entity:** Lynk Labs, Inc.

**Instructions:** Complete each section or check the box if a section is intentionally blank or not applicable. Attach additional pages as needed. Refer to the court's Mediation Guidelines for filing requirements. An amended docketing statement is required for each new appeal or cross-appeal consolidated after first filing.

| Case Origin | Originating Number | Type of Case |
|---|---|---|
| P.T.A.B. | PGR2023-00016 | Patent Post-Grant Review |

**Relief sought on appeal:** ☐ None/Not Applicable

Reversal of the P.T.A.B.'s Final Written Decision in PGR2023-00016

**Relief awarded below (if damages, specify):** ☑ None/Not Applicable

**Briefly describe the judgment/order appealed from:**

The P.T.A.B. issued a Final Written Decision determining the '705 patent eligible for post-grant review; determining claims 3, 10, and 17 unpatentable under 35 USC 112; and determining claims 1, 3, 5, 7-9, 12, 14-16, and 19 unpatentable over prior art under 35 USC 102 and/or 35 USC 103.

**Nature of judgment (select one):**   **Date of judgment:** 7/31/24

☑ Final Judgment, 28 USC § 1295
☐ Rule 54(b)
☐ Interlocutory Order (specify type) _____
☐ Other (explain)                  _____

FORM 26. Docketing Statement                                      Form 26 (p. 2)
                                                                   July 2020

Name and docket number of any related cases pending before this court, and the name of the writing judge if an opinion was issued.  ☐ None/Not Applicable

| Lynk Labs, Inc. v. Home Depot U.S.A., Inc., No. 23-2185 |

Issues to be raised on appeal:  ☐ None/Not Applicable

| Issues to be raised include eligibility of the '705 patent for post-grant review, construction of the term "forward voltage," patentability of claims 3, 10, and 17 under 35 USC 112, and patentability of claims 1, 3, 5, 7-9, 12, 14-16, and 19 under 35 USC 102 and/or 35 USC 103. |

Have there been discussions with other parties relating to settlement of this case?
☑ Yes    ☐ No

If "yes," when were the last such discussions?
☑ Before the case was filed below
☐ During the pendency of the case below
☐ Following the judgment/order appealed from

If "yes," were the settlement discussions mediated?    ☐ Yes    ☑ No

If they were mediated, by whom?

|  |

Do you believe that this case may be amenable to mediation? ☐ Yes    ☑ No

Explain.

| The parties do not agree on the means for resolving this dispute. |

Provide any other information relevant to the inclusion of this case in the court's mediation program.

| None |

Date: 10/21/24             Signature: /s/ Jason A. Engel

                           Name: Jason A. Engel

Save for Filing